Michael D. Pogue, ISB No. 6518
GRAVIS LAW, PLLC
P.O. Box 3020
Sun Valley, ID 83353
Telephone: (208) 290-9000
Email: mpogue@gravislaw.com

*Attorney for Movants*
Altice USA, Inc. and CSC Holdings, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ALTICE USA, INC. and CSC HOLDINGS, LLC,**<br>    **Movant,**<br><br>vs.<br><br>**OPSEC ONLINE LLC,**<br>    **Respondent** | Case No.<br><br>**Underlying Litigation:**<br>*Warner Records Inc., et al. v. Altice USA, Inc., et al.*, Case No. 2:23-cv-576 (E.D. Tex.)<br><br>**MOTION TO COMPEL** |

The Planitiff, ALTICE USA, INC. AND CSC HOLDINGS, LLC, by and through its attorneys of record, Gravis Law, PLLC hereby moves the Court for entry of an Order compelling OPSEC ONLINE LLC'S COMPLIANCE WITH Plaintiff's SUBPOENA *DUCES TECUM*. In particular, Altice USA, Inc. *et al.* hereby moves to compel OpSec Online LLC ("OpSec") to comply with Request 14, 21, 25–29, and 33 in a third-party subpoena issued in a copyright litigation brought against Altice by many of the largest record labels and music publishers1 (collectively, "Plaintiffs") in the Eastern District of Texas (the "Underlying Litigation"). *See Warner Records, Inc. et al. v. Altice USA, Inc., et al.*, Case No. 2:23-cv-00576 (E.D. Tex.).

OpSec consents to transfer this motion to that District, and Altice respectfully requests the Court transfer the motion accordingly.

This Motion is made and is based upon Federal Rule of Civil Procedure 7 and D. Idaho L.Civ. R 37.1 and 37.2, the Memoranda In Support of Motion To Compel, and the Declarations of Sandeep Chatterjee and Diana Leiden filed contemporaneously with this Notice.

Plaintiff also moves this Court an Order requiring the Defendants to pay its reasonable attorneys fees and costs incurred by the Plaintiff in connection with its Motion To Compel.

Dated: October 21, 2024                     Respectfully submitted,

                                            GRAVIS LAW, PLLC


                                            By: __/s/Michael Pogue_____
                                                Michael D. Pogue
                                                Attorney for Movants

-2-

## CERTIFICATE OF SERVICE

I certify that on October 21, 2024, a copy of the foregoing Movants' Motion to Compel Compliance with Altice's Subpoena *Duces Tecum* with Respect to Request 14 was served by email and via Federal Express on the following:

Timothy Reynolds
Bryan Cave Leighton Paisner LLP
One Boulder Plaza
1801 13th Street, Suite
Boulder, CO 80302-5386
Tel.: (303) 417-8510
Email: timothy.reynolds@bclplaw.com

*Counsel for the Respondent*
*OpSec Online LLC*

        _/S/ *Michael D. Pogue*
        Michael D. Pogue, ISB No. 6518
        GRAVIS LAW, PLLC
        P.O. Box 3020
        Sun Valley, ID 83353
        Telephone: (208) 290-9000
        Email: mpogue@gravislaw.com

        *Attorney for Movants*
        Altice USA, Inc. and CSC Holdings, LLC